STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Annette Fuller Roach
15th JDC LA Indigent Def. Off.
Post Office Box 1747
Lake Charles LA 70602

**REHEARING ACTION: November 5, 2014**

**Docket Number: 14   00658-JAC**

**STATE OF LOUISIANA**
**In the Interest of**
**A.A., J.A., A.D.,H.D., & J.D.**

**Appealed from Lafayette Parish Case No. JC-2014203**

<u>**BEFORE JUDGES**</u>:

  **Hon. Ulysses Gene Thibodeaux**
  **Hon. Marc T. Amy**
  **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **L. D.** has this day been

  **DENIED.**

cc: Michelle Breaux, Counsel for the Appellee
    Casa Coordinator, Counsel for the Appellee
    Laurene D. Theriot, Unknown Attorney Type
    Tracey Davenport-McGraw, Counsel for the Appellee
    LaShonda G. Derouen, Counsel for the Appellee
    Jane Hogan, Counsel for the Appellee
    Paula Murphy, Counsel for the Appellee
    Jennifer O. Robinson, Counsel for the Appellee